**1488** COLEMAN vs. COMMON COUNCIL (Cadillac), 49 M., 322.

To compel respondent to pay to relator a sum alleged to be due and unpaid as part of his salary as health officer of said city.

Denied October 28, 1882.

The board of health had assumed to fix the compensation of the health officer so as to bind the council to the result, but it is held, that the power is vested in the council.

**1489** THOMAS (Probate Judge) vs. BOARD OF SUPERVISORS (St. Clair), 45 M., 479.

To compel respondent to pay relator's salary according to the amount as first fixed for the years 1879 and 1880, the board having assumed in the fall of 1878 to reduce his salary.

Granted as to 1880, but denied as to 1878, without costs, January 28, 1881.

The court found that he had assented to the receipt of his salary for 1878.

**1490** DOUVIELLE (Probate Judge) vs. BOARD OF SUPERVISORS (Manistee), 40 M., 585.

To compel respondent to allow to relator the salary fixed before his election, the board having subsequently reduced it.

Granted April 22, 1879.